**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : CASE NO. 22-59140-JRS |
| | : |
| SHANNON ALETHEA SMITH, | : CHAPTER 7 |
| | : |
| | : |
| Debtor. | : |
| | : |

**MOTION TO REOPEN CHAPTER 7 CASE
FOR THE PURPOSE OF DISCLOSING A PERSONAL INJURY CLAIM**

COME NOW the Debtor in the above-styled Chapter 7 case, through counsel, and files this "Motion to Reopen Chapter 7 Case for the Purpose of Disclosing a Personal Injury Claim" showing to this Honorable Court the following:

1.

This Honorable Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 151, 157 and 1334.  Venue is appropriate pursuant to 28 U.S.C. Section 1408.

2.

This motion is brought pursuant to 11 U.S.C. Section 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure.

3.

The above-styled case was filed as a Chapter 7 on November 10, 2022 and closed with a discharge by Order of this Court on November 10, 2022.

4.

The Debtor will be filing amended schedules once the Chapter 7 case is reopened.

5.

The Debtor wishes to reopen the case to disclose a Personal Injury Claim and Settlement offered to the Debtor.

6.

A $260.00 filing fee has been paid contemporaneously with the filing of this motion.

**WHEREFORE,** Debtor prays:

(a) that this Motion be filed, read and considered;

(b) that this Honorable Court grant this Motion and reopen

    the Chapter 7 case;

(c) that this Honorable Court grant such other and further

    relief as it deems just and proper.

Respectfully submitted,

\_\_\_/s/_____
Iesha Warmack
GA Bar #865980
Attorney for Debtor

CLARK & WASHINGTON, P.C.
3300 Northeast Expressway
Building 3, Suite A
Atlanta  GA  30341
(404) 522-2222
Fax:  770-220-0685
Email: ecfnotices@cw13.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-59140-JRS |
| | : | |
| SHANNON ALETHEA SMITH, | : | CHAPTER 7 |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF HEARING ON MOTION TO REOPEN CHAPTER 7
CASE FOR THE PURPOSE OF DISCLOSING A PERSONAL INJURY CLAIM**

**PLEASE TAKE NOTICE** that the above-referenced Debtor filed a *Motion to Reopen Chapter 7 Case for the Purpose of Disclosing a Personal Injury Claim*, seeking that the Court enter an order authorizing Debtor to disclose personal injury claim.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the matter at the following number: **833-568-8864**; access code **1614180533** at **9:40AM**, on **March 30, 2023** in Courtroom **1404** of the United States Bankruptcy Court, 75 Ted Turner Drive, SW, Atlanta, GA, 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk,

United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA, 30303.

You must also mail a copy of your response to the undersigned at the address stated below.

|  |  |
|---|---|
|  | /s/_____ |
| Clark & Washington, P.C. | Iesha Warmack, GA Bar No. 865980 |
| 3300 Northeast Expwy Bldg 3 | Attorney for Debtor |
| Atlanta, GA 30341 |  |
| Phone: 404-522-2222 |  |
| Fax: 770-220-0685 |  |
| Email: ecfnotices@cw13.com |  |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I am over the age of 18 and that on this date I served a copy of the foregoing *Motion to Reopen Chapter 7 Case for the Purpose of Disclosing a Personal Injury Claim* and *Notice of Hearing on Motion to Reopen Chapter 7 Case for the Purpose of Disclosing a Personal Injury Claim* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Shannon Smith
460 Leigh Kay Dr
Lawrenceville, GA 30046

S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

And, in the same manner, I served the parties listed in the attached matrix by mailing copies of the foregoing Motion and Notice to the addresses indicated therein.

Dated: 3/1/2023
/s/
Iesha Warmack, GA Bar No. 865980
Attorney for Debtor

Clark & Washington, P.C.
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 22-59140-jrs<br>Northern District of Georgia<br>Atlanta<br>Wed Mar  1 09:54:54 EST 2023 | CFNA/Credit First Natl Assoc<br>Attn: Bankruptcy<br>Po Box 81315<br>Cleveland, OH 44181-0315 | Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd<br>Sherman Oaks, CA 91411-2546 |
| Capital One<br>Attn: Bnakruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Carter-Young<br>Attention: Bankruptcy<br>120 2nd St, 2nd Floor<br>Monroe, GA 30655-2391 | E. L. Clark<br>Clark & Washington, LLC<br>Bldg. 3<br>3300 Northeast Expwy.<br>Atlanta, GA 30341-3932 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Dept of Ed/Nelnet<br>Attn: Bankruptcy Claims/Nelnet<br>Po Box 82505<br>Lincoln, NE 68501-2505 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | H & A Credit Corporation<br>c/o William H. Arroyo, RA<br>4228 First Avenue<br>Suite 10<br>Tucker, GA 30084-4426 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 |
| IRS<br>401 W. Peachtree St., NW<br>Stop #334-D<br>Room 400<br>Atlanta, GA 30308 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Shannon Alethea Smith<br>460 Leigh Kay Dr<br>Lawrenceville, GA 30046-8335 |
| (p)SUNBIT INC<br>ATTN LEGAL AND COMPLIANCE<br>PO BOX 24010<br>LOS ANGELES CA 90024-0010 | U S Auto Finance, Inc.<br>Attn: Bankruptcy<br>919 N Market St, Ste 202<br>Wilmington, DE 19801-3129 | US Auto Finance, Inc.<br>P.O. Box 1203<br>Lawrenceville, GA 30046-1203 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>Compliance Division<br>ARCS Bankruptcy<br>1800 Century BLVD NE Suite 9100<br>Atlanta, GA 30345-3202 | Tab/sunbit<br>Attn: Bankruptcy<br>10880 Wilshire Blv Suite 870<br>Los Angeles, CA 90024 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     0<br>Total                   18 |