UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SHANNON ALETHEA SMITH, | : | CASE NO. 22-59140-JRS |
| | : | |
| DEBTOR. | : | |

**NOTICE OF REAPPOINTMENT OF TRUSTEE**

The United States Trustee for Region 21 gives notice that, pursuant to the Court's order reopening this case, entered April 21, 2023 (Dkt. No. 20), **S. Gregory Hays** is reappointed as trustee in this case. The trustee shall serve under the blanket bond heretofore approved. The trustee's contact information is as follows.

S. Gregory Hays
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30302 -2153
Phone: (404) 926-0051

Notice given by:   MARY IDA TOWNSON
UNITED STATES TRUSTEE, REGION 21

_s/ R. Jeneane Treace_
R. Jeneane Treace
GA Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4437
jeneane.treace@usdoj.gov