UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SHANNON ALETHEA SMITH, | : | CASE NO. 22-59140-JRS |
| | : | |
| DEBTOR. | : | |

**NOTICE OF REAPPOINTMENT OF TRUSTEE**

    The United States Trustee for Region 21 gives notice that, pursuant to the Court's order reopening this case, entered April 21, 2023 (Dkt. No. 20), **S. Gregory Hays** is reappointed as trustee in this case. The trustee shall serve under the blanket bond heretofore approved. The trustee's contact information is as follows.

S. Gregory Hays
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30302 -2153
Phone: (404) 926-0051

Notice given by:

                     MARY IDA TOWNSON
                     UNITED STATES TRUSTEE, REGION 21

                     *s/ R. Jeneane Treace*
                     R. Jeneane Treace
                     GA Bar No. 716620
                     United States Department of Justice
                     Office of the United States Trustee
                     362 Richard B. Russell Building
                     75 Ted Turner Drive, S.W.
                     Atlanta, Georgia 30303
                     (404) 331-4437
                     jeneane.treace@usdoj.gov

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 22-59140-jrs

Shannon Alethea Smith                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                    User: bncadmin                              Page 1 of 2

Date Rcvd: Apr 25, 2023              Form ID: pdf555                          Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Shannon Alethea Smith, 460 Leigh Kay Dr, Lawrenceville, GA 30046-8335 |
| 24051750 | + | Carter-Young, Attention: Bankruptcy, 120 2nd St, 2nd Floor, Monroe, GA 30655-2391 |
| 24051756 | + | H & A Credit Corporation, c/o William H. Arroyo, RA, 4228 First Avenue, Suite 10, Tucker, GA 30084-4426 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: bankruptcy@usauto-finance.com | Apr 25 2023 20:18:00 | US Auto Finance, Inc., P.O. Box 1203, Lawrenceville, GA 30046-1203 |
| 24051751 | + | Email/Text: BKPT@cfna.com | Apr 25 2023 20:17:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 24051748 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 25 2023 20:17:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 24051749 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2023 20:29:10 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 24051752 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 25 2023 20:28:56 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 24051753 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 25 2023 20:17:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 24051754 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 25 2023 20:28:56 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 24051755 | | Email/Text: brnotices@dor.ga.gov | Apr 25 2023 20:17:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 24051757 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 25 2023 20:17:00 | IRS, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 24051758 | | Email/Text: bankruptcy@sunbit.com | Apr 25 2023 20:17:00 | Tab/sunbit, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |
| 24051759 | + | Email/Text: BankruptcyDepartment@usauto-servicing.com | Apr 25 2023 20:17:00 | U S Auto Finance, Inc., Attn: Bankruptcy, 919 N Market St, Ste 202, Wilmington, DE 19801-3129 |
| 24055338 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Apr 25 2023 20:17:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 113E-9      User: bncadmin      Page 2 of 2

Date Rcvd: Apr 25, 2023      Form ID: pdf555      Total Noticed: 15

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. L. Clark | |
| | on behalf of Debtor Shannon Alethea Smith cwatlantabk@gmail.com |
| Office of the United States Trustee | |
| | ustpregion21.at.ecf@usdoj.gov |
| S. Gregory Hays | |
| | ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com |

TOTAL: 3